[No. 51228-5-I.  Division One.  June 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFRED A. LEWIS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-06710-3, Douglas D. McBroom, J., entered October 14, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 47858-3-I.  Division One.  June 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK REED NORDLUND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-06494-8, Nicole MacInnes, J., entered December 15, 2000. *Affirmed* by unpublished opinion per Agid, J., concurred in by Baker and Appelwick, JJ.

[No. 21283-1-III.  Division Three.  June 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN RAY CLEVELAND, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-02596-2, Kathleen M. O'Connor, J., entered July 11, 2002. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kato, JJ.

[No. 21652-7-III.  Division Three.  June 3, 2003.]

*In the Matter of the Personal Restraint of* PEDRO MIRANDA VALENCIA, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished opinion per Kato, A.C.J., concurred in by Sweeney and Schultheis, JJ.